ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK, EDMONDSON, COX, BIRCH and DUBINA, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK, EDMONDSON, COX, BIRCH and DUBINA, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.

**Buddy NICHOLS, Petitioner–Appellee Cross–Appellant,**

v.

**Mac Sim BUTLER, Sheriff; Don Siegelman, Attorney General of the State of Alabama, Respondents–Appellants Cross–Appellees.**

No. 90–7101.

United States Court of Appeals, Eleventh Circuit.

May 17, 1991.

Robert E. Lusk, Jr., Asst. Atty. Gen., Montgomery, Ala., for respondents-appellants cross-appellees.

Dennis N. Balske, Montgomery, Ala., for petitioner-appellee cross-appellant.

**Patricia S. ABRAHAM, as Personal Representative of the Estate of Raymond Zedan Abraham, Deceased, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 90–3589.

United States Court of Appeals, Eleventh Circuit.

May 31, 1991.